**Electronically Filed
Supreme Court
SCWC-11-0000081
29-JAN-2013
12:07 PM**

SCWC-11-0000081

IN THE SUPREME COURT OF THE STATE OF HAWAI'I

---

STATE OF HAWAI'I, Respondent/Plaintiff-Appellee,

vs.

ABEL SIMEONA LUI, Petitioner/Defendant-Appellant.

---

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-11-0000081; CASE NOS. 3P810-73 and 3P810-74)

ORDER REJECTING APPLICATION FOR WRIT OF CERTIORARI
(By: Recktenwald, C.J., Nakayama, and McKenna, JJ.,
and Circuit Judge Kubo, in place of Acoba, J., recused,
with Pollack, J., dissenting)

Petitioner/Defendant-Appellant's application for writ

of certiorari filed on December 17, 2012, is hereby rejected.

DATED: Honolulu, Hawai'i, January 29, 2013.

Alen M. Kaneshiro
for petitioner

Linda L. Walton
for respondent

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Sabrina S. McKenna

/s/ Edward H. Kubo, Jr.

